IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| OB-GYN ASSOCIATES OF OAK RIDGE, ) <br> P.C. and TIMOTHY D. GOWDER, M.D., ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> THE LINCOLN NATIONAL LIFE ) <br> INSURANCE COMPANY, ) <br>  ) <br> Defendant. ) <br>  ) | No. 3:16-CV-369 <br> Greer / Shirley, Jr. |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiffs, Ob-Gyn Associates of Oak Ridge, P.C. and Timothy D. Gowder, M.D., hereby provide notice that the parties have agreed to resolve Plaintiffs' claims. The parties anticipate consummating the settlement and filing a Stipulation of Dismissal with the Court within the next 45 days.

Respectfully submitted this 25th day of July, 2016.

/s/ Stanton A. Fears
Stanton A. Fears, Esq. (#034229)
Robert W. Knolton, Esq. (#002564)
KRAMER RAYSON, LLP
800 S. Gay Street, Suite 2500
P.O. Box 629
Knoxville, TN 37901-0629
Ph.: (865) 525-5134
Fax: (865) 522-5723
sfears@kramer-rayson.com
*Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

  I hereby certify that on this 25th day of July, 2016, a true and exact copy of the foregoing was filed electronically with the Clerk of Court by use of the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may gain access to this filing through the Court's electronic filing system.

                /s/ Stanton A. Fears
                Stanton A. Fears, Esq. (#034229)