UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| OB-GYN ASSOICATES OF OAK RIDGE, P.C. and TIMOTHY D. GOWDER, M.D., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:16-CV-369 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

ORDER

The plaintiffs reported this case settled on July 25, 2016. The parties shall have 45 days from the entry of this Order to file a Stipulation of Dismissal, or this Court will close the case based on the reported settlement.

So ordered.

ENTER:

                                                            s/J. RONNIE GREER
                                        UNITED STATES DISTRICT JUDGE