# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| OB-GYN ASSOCIATES OF OAK RIDGE, P.C., and TIMOTHY D. GOWDER, M.D., <br><br> Plaintiffs, <br><br> vs. <br><br> THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION NO.: 3:16-cv-00369 |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiffs Ob-Gyn Associates of Oak Ridge, P.C. and Timothy D. Gowder, M.D. ("Plaintiffs") and Defendant The Lincoln National Life Insurance Company ("Defendant") and hereby stipulate to the dismissal with prejudice of all of Plaintiffs' claims against Defendant in the above-styled case. Each party agrees to bear its own costs, attorneys' fees, and expenses.

Dated this 10th day of August, 2016.

*s/Stanton A. Fears*
Robert W. Knolton (BPR #002564)
Stanton A. Fears (BPR #034229)
KRAMER RAYSON, LLP
800 South Gay Street, Suite 2500
Post Office Box 629
Knoxville, Tennessee 37901-0629
865.525.5134 (phone)
sfears@kramer-rayson.com
rwknolton@kramer-rayson.com

*Attorneys for Plaintiffs*

*s/Heather Howell Wright*
Heather Howell Wright (BPR No. 30649)
Bradley Arant Boult Cummings LLP
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203
615.252.2342
hwright@babc.com

*Attorney for Defendant*